JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS NICHOLAS RAMIREZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL HESTRIN, et al.,<br><br>　　　　　　　　Defendant. | Case No. 5:25-cv-01740-WLH (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: 9/22/2025

　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　United States District Judge